IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT TRAVIS                                                                                              PLAINTIFF

v.                                    Case No. 1:21-cv-1018

DENNIS BANKS; JOE
EUBANKS; LARRY LAND;
and RALPH KINNEY                                                                                     DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 14). Plaintiff responded. (ECF No. 19). Defendants replied. (ECF No. 23). The matter is ripe for consideration.

For reasons discussed in the Court's memorandum opinion of even date, Defendants' motion for summary judgment (ECF No. 14) is hereby **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge